## MERRILL K. HOSKINS *v.* THEODORE G. HOSKINS
## (8172)

DUPONT, C. J., FOTI and LAVERY, Js.

Argued January 10- -decision released January 17, 1990

*Allen A. Currier,* for the appellant (plaintiff).

*Angela Saitta,* for the appellee (defendant).

PER CURIAM. There is no error.

## LEDGECREST ASSOCIATES *v.* ZANOR DILLMAN
## (8201)

DUPONT, C. J., FOTI and LAVERY, Js.

Submitted on briefs January 11—decision released January 17, 1990

*James F. Aspell* filed a brief for the appellant (defendant).

*Christine M. Whitehead* filed a brief for the appellee (plaintiff).

PER CURIAM. There is no error.